IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>DRELIN PERKINS,<br><br>     Defendant. | 8:17CR179<br><br>ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |

  The defendant appeared before the Court on July 23, 2019 regarding Petition for Offender Under Supervision [42]. Michael J. Hansen represented the defendant. Matt Lierman represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

  The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:30 a.m. on August 28, 2019.

  The government moved for detention based upon risk of flight and danger. The defendant requested a continuance of the detention hearing. The detention hearing is continued to U.S. Magistrate Judge Michael D. Nelson in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 3:00 p.m. on July 26, 2019. The defendant will remain detained pending further order of the court.

  **IT IS SO ORDERED**.

  Dated this 23rd day of July, 2019.

                     BY THE COURT:

                      s/ Susan M. Bazis
                      United States Magistrate Judge